UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

JAN 18 2006



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR05-40141-01 |
| Plaintiff, | ORDER UNSEALING SUPERSEDING INDICTMENT AS TO DEFENDANT HEDMAN |
| vs. | |
| MICHAEL HEDMAN, | |
| Defendant. | |

The Court having reviewed the Government's Motion to Unseal Superseding Indictment as to Defendant Hedman, and good cause appearing therefor, it is hereby

ORDERED that the Superseding Indictment in the above-captioned matter is hereby unsealed as to defendant Michael Hedman.

IT IS FURTHER ORDERED that the United States shall provide a redacted version of the Superseding Indictment (redacting the name of the newly indicted defendant) to Mr. Hedman's counsel.

Dated this 18th day of January, 2006.

BY THE COURT:

_____
JOHN E. SIMKO
United States Magistrate Judge

ATTEST:
JOSEPH A. HAAS, Clerk

By: _Shelly Margulies_
            Deputy